Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 12, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A065202376 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2191233996 | April 19, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| April 19, 2021 | 203 A2A INA SPOUSE OF LPR | October 26, 1986 |

YULIYA LAGUN
C/O BIRG YURI CHICAGO LAW GROUP
790 W FRONTAGE RD STE 215      42      00012628
NORTHFIELD, IL 60093

PAYMENT INFORMATION:

Application/Petition Fee:  $535.00
Total Amount Received:    $535.00
Total Balance Due:        $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| YANOVICH, ALEH | 7/28/1984 | BELARUS | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





C

Form I-797C 04/01/19

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 12, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A215523113 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2191233995 | April 19, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| April 19, 2021 | Other Relative of U.S. citizen or relative of LPR | July 28, 1984 |

ALEH YANOVICH
C/O BIRG YURI CHICAGO LAW GROUP
790 W FRONTAGE RD STE 215
NORTHFIELD, IL 60093

42   00012630

**PAYMENT INFORMATION:**

Application/Petition Fee: $1,140.00
Biometrics Fee: $85.00
Total Amount Received: $1,225.00
Total Balance Due: $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information     Form I-797C  04/01/19

| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 12, 2021 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | A215523113 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2191233997 | April 19, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 28, 1984 |

ALEH YANOVICH
C/O BIRG YURI CHICAGO LAW GROUP
790 W FRONTAGE RD STE 215
NORTHFIELD, IL 60093

42  00012629

**PAYMENT INFORMATION:**

Application/Petition Fee: $0.00
Total Amount Received: $0.00
Total Balance Due: $0.00

NAME AND MAILING ADDRESS

**Eligibility Category: C09**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes **if**:
- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); **and**
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 |  |
| Lee's Summit, MO  64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19